IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-109-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTWAN DAMITRI KING, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the government's memorandum of law [D.E. 52], the court GRANTS the government's motion to dismiss third-party petitions of interest [D.E. 51].

SO ORDERED. This 23 day of April 2021.

JAMES C. DEVER III
United States District Judge