IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CR-00109-D

UNITED STATES OF AMERICA          :
                                  :
v.                                :
                                  :
ANTWAN DAMITRI KING               :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on October 6, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), based upon the defendant's plea of guilty to offenses in violation of 21 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 924(c)(1)(a)(i), and agreement to the forfeiture of the property listed therein, to wit:

a) American Tactical Multi-Cal rifle, serial number NS128421;

b) Rock Island M1911-A1, serial number RIA1776212;

c) Taurus 374 38 special, serial number HZ60932;

d) Taurus PT 809, serial number THO19595;

e) Springfield XD 40, serial number XD361003;

f) Taurus 357 magnum, serial number HL105938;

g) Charter Arms 38 special, serial number 631753;

h) Titan 25 caliber, serial number 221410;

i) Charter Arms Pathfinder 22, serial number 12-16976;

j) Cobra ENT CB38, serial number CT151674;

1

k) Cobra C22LR, serial number 112437;

l) HiPoint Model C9, serial number P1694964;

m) Norinco SKS, serial number 2000374;

n) HiPoint Model 4095, serial number H73601

o) American Tactical GSG-522, serial number A727627;

p) Deluxe Topper M 488 Shotgun, obliterated serial number;

q) Remington 522 Viper, serial number 3006611;

r) All ammunition associated with each of the above-listed firearms, including, but not limited to, all ammunition seized from KING's residence at 4725 Tolson Circle, Shallotte, NC on November 16, 2018; and

s) $437.00 seized from KING's residence at 4725 Tolson Circle, Shallotte, NC on November 16, 2018;

AND WHEREAS, direct notice was provided to Maggie Williams, who along with Taurean Williams, filed petitions of interest with respect to the subject property at DE-49 and DE-50. Both petitions were dismissed on motion of the government by Order entered at DE-54.

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's October 6, 2020 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED, and DECREED:

1. That the subject personal property listed in the October 6, 2020 Preliminary Order of Forfeiture, the serial numbers of which are accurately reflected above, is hereby forfeited to the United States.

2. That the United States and/or the local custodial agency is directed to dispose of the property according to law, including destruction.

3. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED, this __18__ day of __February__, 2022.

                                            JAMES C. DEVER III
                                            UNITED STATES DISTRICT JUDGE